IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID LEMMON, *et al.,* for themselves and others similarly situated, : : | |
| Plaintiffs, : : | Civil Action No. 2:15-cv-779 |
| vs. : : | JUDGE SMITH |
| HARRY & DAVID OPERATIONS, INC., *et al.,* : : | MAGISTRATE JUDGE KEMP |
| Defendants. : | |

**JOINT NOTICE OF TENTATIVE SETTLEMENT OF ACTION**

Named Plaintiffs David Lemmon, Thaddeus Kilgore, Jr., William Landis, III, Gregory Taylor Gross, Richard Owens, Jeffrey Rath, Kyle DeBrosse, Walter Grubb, Brian Dupler, Kristi Carson, Richard Kyle Studer, and Roderick Summey ("Named Plaintiffs"), on behalf of themselves and the Opt-In Plaintiffs (collectively, "Plaintiffs") and Defendants Harry & David Operations, Inc. and Harry and David, LLC ("Harry & David" or "Defendants"), jointly notify the Court of the tentative settlement of this action.

Pursuant to the Mediator's Notice filed with the Court on July 5, 2016, together with the requirements of the Fair Labor Standards Act that settlements of claims brought under such law must be approved by the Court, *see, e.g., Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697, 706 (1945), the parties state that they will file a formal Stipulation of Dismissal within 14 days after the Court issues an Order granting the parties' forthcoming Joint Motion for Approval of Collective Action Settlement, which the parties will file with the Court by July 29, 2016.

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/Gregory Mansell*_____ <br> Gregory Mansell (0049791) <br> *(Greg.Mansell@Ohio-EmploymentLawyer.com)* <br> Caroline Dyer (0090539) <br> *(Carrie.Dyer@Ohio-EmploymentLawyer.com)* <br> MANSELL LAW, LLC <br> 1457 South High Street <br> Columbus, Ohio 43207 <br> Ph: (614) 610-4134 <br> Fax: (513) 826-9311 <br><br> *Attorneys for Plaintiffs* | */s/Daniel L. Messeloff*_____ <br> Jeffrey B. Keiper (#0063133) <br> Daniel L. Messeloff (#0078900) <br> Roland J. De Monte (#0081129) <br> Park Center Plaza I, Suite 400 <br> 6100 Oak Tree Boulevard <br> Cleveland, Ohio 44131 <br> Ph: (216) 750-0404 <br> Fax: (216) 750-0826 <br> Email: <br> *Jeffrey.Keiper@JacksonLewis.com* <br> *Daniel.Messeloff@JacksonLewis.com* <br> *Roland.DeMonte@JacksonLewis.com* <br><br> *Attorneys for Defendants* |

4835-0543-3397, v.  1