# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

David Lemmon, et al.,  )
*Plaintiff*  )
v.  ) Civil Action No. 2:15-cv-0779
Harry & David Operations, Inc., et al.,  )
*Defendant*  )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court GRANTS the Parties' Joint Motion for Approval of Collective Action Settlement.  This case is hereby dismissed with prejudice with each party to bear its own costs and fees except as otherwise provided for in the Settlement Agreement. Judgment is hereby entered in favor of Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge George C. Smith on a motion for final approval of collective action settlement.

Date: 08/12/2016

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Eastern DIVISION

David Lemmon, et al.,

*Plaintiff*

vs

Harry & David Operations, Inc., et al.,

*Defendant*

Case Number: 2:15-cv-0779

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on 08/12/2016.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

By: *Kristen Keppler*
Deputy Clerk